# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1367

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Southern |
| | * | District of Iowa. |
| Vincent O. Robinson, also known as | * | |
| Vince O. Robinson, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  August 17, 2001
Filed: August 22, 2001

_____

Before McMILLIAN, BEAM, and BYE, Circuit Judges.

_____

PER CURIAM.

Vincent O. Robinson pleaded guilty to a drug conspiracy offense in violation of 21 U.S.C. § 846.  He did not file a direct appeal but brought various post-conviction motions.  Ultimately, the district court[1] administratively closed his case and denied his motions to set aside the closure.  This appeal followed, in which the government has moved to dismiss the appeal.  As part of his plea agreement, Robinson waived his right to "contest his conviction . . . or the sentence imposed [t]herein in any post-conviction

_____

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

proceedings." Robinson does not challenge the voluntariness of his plea, and having reviewed the record and plea transcript independently, we conclude that the waiver of post-conviction proceedings was knowing and voluntary. <u>See</u> <u>DeRoo v. United States</u>, 223 F.3d 919, 923 (8th Cir. 2000).

Accordingly, we dismiss Robinson's appeal. <u>See</u> <u>United States v. His Law</u>, 85 F.3d 379, 379 (8th Cir.1996) (per curiam). The remaining pending motions are denied except that we direct the clerk to seal the appellate record.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.